# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARRIS, | No. 1:24-cv-01295 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| LOPEZ, et al., | (Doc. 14) |
| Defendants. | |

Christopher Harris proceeds *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The assigned magistrate judge issued findings and recommendations that Plaintiff's case be dismissed, with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order. (Doc. 14.) Plaintiff filed objections on March 9, 2026. (Doc. 19.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, which do not meaningfully address the magistrate judge's reasoning, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 9, 2025, (Doc. 14), are **ADOPTED IN FULL.**

1

2.  This action is **DISMISSED**, with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order.

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 16, 2026**

UNITED STATES DISTRICT JUDGE